**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **A&E Adventures LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  GameTime** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-2110385** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5701 Sunset Dr**<br>**Ste 330**<br>**Miami, FL 33143**<br>Number, Street, City, State & ZIP Code | **Attn: Michael Abecassis**<br>**5000 Oaks Rd**<br>**Unit H**<br>**Davie, FL 33314**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.gametimeplayers.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **A&E Adventures LLC**                                          Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   7131

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **A&E Adventures LLC**                                        Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **A&E Adventures LLC**                                          Case number (*if known*) _____
         Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **A&E Adventures LLC**                                          Case number (*if known*) _____
             Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 24, 2021**
                        MM / DD / YYYY

**X** **/s/ Michael Abecassis**                                    **Michael Abecassis**
        Signature of authorized representative of debtor           Printed name

Title     **Managing Member**

**18. Signature of attorney**

**X** **/s/ James C. Moon**                          Date **September 24, 2021**
        Signature of attorney for debtor                    MM / DD / YYYY

**James C. Moon 938211**
Printed name

**Meland Budwick, P.A.**
Firm name

**200 South Biscayne Boulevard
Suite 3200
Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone   **(305) 358-6363**          Email address   **jmoon@melandbudwick.com**

**938211 FL**
Bar number and State

**WRITTEN CONSENT OF THE MEMBERS OF A&E ADVENTURES LLC**

The undersigned, constituting all members of A&E Adventures LLC, a Florida limited liability company (the "***Company***"), do hereby agree that when the undersigned have signed this Written Consent, the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as though adopted at a formal or informal meeting, duly called and held for the purpose of acting upon proposals to adopt such resolutions and approve the same, effective as September 22, 2021. Each of the undersigned does hereby waive any and all formal requirements, including any necessity of holding a formal or informal meeting, and any requirements that notice of such meeting be given.

**WHEREAS**, the Company is considering the reorganization of the Company's business, including, without limitation, a sale of all or substantially all of its assets, a wind down of its operations, and/or seeking relief under the provisions of Title 11 of the United States Code in connection with the reorganization of the Company's business (collectively, the "***Company Restructuring***"); and

**WHEREAS**, based on the foregoing, the Members believe that it is advisable and in the best interests of the Company to participate in and consummate the Company Restructuring.

**NOW, THEREFORE, IT IS HEREBY:**

**RESOLVED**, that Michael Abecassis (the "***Authorized Person***") is authorized to negotiate, execute and deliver any agreements, instruments, or other documents (the "***Company Restructuring Documents***") in connection with the Company Restructuring and any agreements contemplated thereby (including any amendments to any of the foregoing) in the name of and on behalf of the Company or its affiliate and to determine the final terms of the Company Restructuring, with such determination to be conclusively evidenced by the Authorized Person's execution and delivery of the Company Restructuring Documents and any agreements contemplated thereby (including any amendments to any of the foregoing); and it is

**FURTHER RESOLVED**, that the Company shall engage Meland Budwick, P.A. ("***MB***") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed on behalf of and in the name of the Company to negotiate, enter into or deliver any agreements, documents, instruments or certificates which may be necessary or desirable to carry out fully the intent and accomplish the purposes of the foregoing resolutions, including without limitation (i) the Company Restructuring Documents and (ii) the appropriate retention agreements with MB; and it is

**FURTHER RESOLVED**, that the Authorized Person is authorized to execute and deliver all such further agreements, documents, instruments or certificates (including amendments to any agreement, document, instrument or certificate approved in the foregoing resolutions), pay such

expenses and do and perform such other acts and things as may be necessary or desirable to carry out fully the intent and accomplish the purposes of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the Authorized Person is authorized and directed to establish the Company's bank account(s) with any FSLIC/FDIC insured institution and to execute such documents, including corporate banking resolutions, as may be required in connection therewith. The Authorized Person shall have the right to designate a representative or representatives of the Company to execute checks on any such Company bank account. Further, that the Authorized Person is authorized to file a Statement of Authority with the Florida Department of State to confirm this resolution; and it is

**FURTHER RESOLVED**, that subject to the Bankruptcy Code, and otherwise applicable law, the Authorized Person shall have all of the right, power and authority to manage and direct the business and affairs of the Company including the orderly winding down of operations and to do any and all acts on behalf and in the name of the Company that are necessary or convenient to or in furtherance of any decisions within the scope of his authority and any and all actions that are related or incidental to the accomplishment of such actions, all without the consent of any other person, including but not limited to the following: (i) the determination and implementation of an overall strategy in the Chapter 11 Case; (ii) the direction and administration of the Chapter 11 Case and the hiring and direction of the Company's professionals in connection therewith, (iii) the operation and management of the Company at all times during the pendency of the Chapter 11 Case, (iv) the development and adoption of any plan of reorganization or plan of liquidation for the Company, (v) the day-to-day responsibilities of the Company at all times during the pendency of the Chapter 11 Case; (vi) any process to market and sell the Company's assets; (vii) the borrowing of funds from, and provision of guaranties to, and the undertaking of related financing transactions, including the use of cash collateral, with such lenders and on such terms as may be reasonably necessary for the continuing conduct of the affairs of the Company and the paying of related fees and granting of security interests in and liens upon some, all or substantially all of the Company's assets, as may be deemed necessary by the Authorized Person in connection with such borrowings; (viii) making any other decisions or performing any other such acts consistent with operating the Company in the Chapter 11 Case and prosecuting the Chapter 11 Case to a successful conclusion; (ix) any and all action necessary or convenient to or in furtherance of any of the foregoing; and (x) any and all actions related or incidental to the accomplishment of any of the foregoing, in each case without the consent of any other person or entity; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized and empowered on behalf and in the name of the Company, if in the best interests of the Company, to retain an investment banker to represent and assist the Company in securing a purchaser of substantially all of its assets pursuant to Section 363 of the Bankruptcy Code or pursuant to a Chapter 11 plan, in order for the Company to achieve the maximum value for such assets for the benefit of the Company's creditors and other interested parties; and it is

**FURTHER RESOLVED**, that the Company as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to enter into a debtor-in-possession financing facility and in connection therewith, to grant any guarantees, pledges, mortgages, and other security instruments containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary by the Authorized Person; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized to employ, at such time as it becomes necessary, an accounting firm with experience in bankruptcy and the hospitality sector, in order to facilitate the Company's compliance with the requirements of Chapter 11 of the Bankruptcy Code and the guidelines of the United States Trustee's Office for the Southern District of Florida; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company, once a Chapter 11 bankruptcy petition is filed on behalf of the Company, to seek use of cash collateral pursuant to section 363(c) of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed on behalf of and in the name of the Company to seek the highest and best value for the assets of the Company, including but not limited to (a) marketing the Company, its business and its assets, (b) identifying appropriate third party purchasers, strategic and financial, (c) negotiating the terms and conditions of, and entering into one or more appropriate letters of intent, term sheets, or purchase and sale agreements in respect of the assets of the Company or a chapter 11 plan, (d) obtaining any orders, consents or approvals of the Bankruptcy Court and other third parties necessary or appropriate to carry out the transactions contemplated by such agreements or

documents, and (c) taking any other actions reasonably necessary in connection therewith; and it is

**FURTHER RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Person to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 Case; and it is

**FURTHER RESOLVED**, that any acts of the Authorized Person, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved, and adopted as the acts of the Company.

**FURTHER RESOLVED**, that a facsimile or other electronically scanned copy of this consent shall be deemed an original and any person may rely upon a facsimile or other electronically scanned copy of this consent in determining the validity of the actions taken by the members hereunder.

**A&E Adventures LLC, a Florida limited liability company**

By: _____
Print: <u>Michael Abecassis</u>
Its: <u>Managing Member</u>

By: _____
Print: <u>Kelley Abecassis</u>
Its: <u>Member</u>

**Fill in this information to identify the case:**

Debtor name    **A&E Adventures LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2021**    X **/s/ Michael Abecassis**
                                                    Signature of individual signing on behalf of debtor

                                                    **Michael Abecassis**
                                                    Printed name

                                                    **Managing Member**
                                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **A&E Adventures LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1huddle**<br>**1 Washington St.**<br>**7 FL**<br>**Newark, NJ 07102** | | **Trade Debt** | | | | **$18,000.00** |
| **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | | **Trade Debt** | | | | **$222,712.40** |
| **CBI**<br>**One Cheney Way**<br>**Riviera Beach, FL 33404** | | **Trade Debt** | | | | **$9,817.29** |
| **CBI**<br>**2801 W. Silver Springs Blvd**<br>**Ocala, FL 34475** | | **Trade Debt** | | | | **$9,293.91** |
| **CBI**<br>**2801 W. Silver Springs Blvd**<br>**Ocala, FL 34475** | | **Trade Debt** | | | | **$6,289.73** |
| **CBI**<br>**One Cheney Way**<br>**Punta Gorda, FL 33982** | | **Trade Debt** | | | | **$4,916.96** |
| **CMJ-FEE, LLC**<br>**200 South Michigan Ave.**<br>**Ste 400**<br>**Chicago, IL 60604** | | **Landlord-Tampa** | **Unliquidated** | | | **$33,899.87** |
| **Duke**<br>**PO Box 1004**<br>**Charlotte, NC 28201** | | **Utilities** | | | | **$9,837.92** |
| **Florida Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | | **Sales Tax** | | | | **$55,112.99** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | A&E Adventures LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FPL FPL General Mail Facility Miami, FL 33188 | | Utilities | | | | $7,850.73 |
| FPL FPL General Mail Facility Miami, FL 33188 | | Utilities | | | | $7,300.80 |
| Fun Express PO Box 14463 Des Moines, IA 50306 | | Trade Debt | | | | $17,108.98 |
| GCTC Holdings LLC 9903 Gulf Coast Main St Ste 120 Fort Myers, FL 33913 | | Landlord-Fort Myers | Unliquidated | | | $19,332.43 |
| Humana PO Box 4615 Carol Stream, IL 60197 | | Health Insurance | | | | $17,659.86 |
| Innovative Concepts in Entertainment Inc 10123 Main Street Clarence, NY 14031 | | Trade Debt | | | | $4,618.53 |
| Intercard Inc. 884 Lackland Hill Pkwy Ste 1 St. Louis, MO 63146 | | Trade Debt | | | | $155,000.00 |
| MV Rolling Oaks Retail LLC Bank OZK Lockbox Acct 8300 Douglas Ave Ste 810 Dallas, TX 75225 | | Landlord-Kissimmee | Unliquidated | | | $635,000.00 |
| Rhode Island Novelty PO Box 9278 Fall River, MA 02720 | | Trade Debt | | | | $8,228.09 |
| Sunset Opportunities B2 LLC c/o David W. Black, Esq. Frank, Weinberg & Black, P.L. 7805 SW 6 Court Fort Lauderdale, FL 33324 | | Lawsuit pending, Case No. 2021-002745-CA-01 Landlord-Miami | Disputed | | | $1,427,849.10 |

Debtor  **A&E Adventures LLC**                                    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Teco Electric**<br>**PO Box 31318**<br>**Tampa, FL 33631** | | **Utilities** | | | | **$4,977.07** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

1huddle
1 Washington St.
7 FL
Newark, NJ 07102

Ale Fresh Produce
11910 Cinnamon Fern Dr.
Riverview, FL 33579

Alsco Linen
1213 South Division Ave
Orlando, FL 32805

Alsco Linen
1415 NW 21st Terr
Miami, FL 33143

Alsco Linen
507 North Willow Ave
Tampa, FL 33606

Alsco Linen
1100 N Lime Ave
Sarasota, FL 34237

American Express
PO Box 650448
Dallas, TX 75265

Amusements Worldwide LLC
2005 McDaniel Drive
Ste 120
Carrollton, TX 75006

Andamiro
2222 Century Cir.
Irving, TX 75062

Atlantic Broadband
PO Box 371801
Pittsburg, PA 15250

Benchmark Games
2201 4th Ave N
Lake Worth, FL 33461

CBI
One Cheney Way
Riviera Beach, FL 33404


CBI
2801 W. Silver Springs Blvd
Ocala, FL 34475


CBI
One Cheney Way
Punta Gorda, FL 33982


Century Link / Lumen
PO Box 52187
Phoenix, AZ 85072


CMJ-FEE, LLC
200 South Michigan Ave.
Ste 400
Chicago, IL 60604


Coastal Amusements
1950 Swarthmore Avenue
Lakewood, NJ 08701


Crane
3330 Crane Way
PO Drawer 719
Williston, SC 29853


Creative Graphics & Printing
135 Weston Road
Ste 237
Weston, FL 33326


Cusanos
5480 West Hillsboro Blvd
Coconut Creek, FL 33073


Daytona Beach Property Holding Retail
PO Box 11047
Daytona Beach, Fl 32120

```
Daytona Beverages
2275 Mason Avenue
Daytona Beach, FL 32117


Daytona EAF
PO Box 639274
Cincinnati, OH 45263


DirecTV
PO Box 105249
Atlanta, GA 30348


Duke
PO Box 1004
Charlotte, NC 28201


Eagle Brands
1000 Park of Commerce Blvd
Homestead, FL 33035


Ecolab
26252 Network Place
Chicago, IL 60673


Elaut USA
2201 4th Ave N
Lake Worth, FL 33461


Excellent Fruit and Produce
3600 NW 41st St
Miami, FL 33142


Fed Ex
PO Box 660481
Dallas, TX 75266


Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668


FPL
FPL General Mail Facility
Miami, FL 33188
```

```
FRIT Shops at Sunset Mall Owner, LLC
PO Box 865314
Orlando, FL 32886


Fun Express
PO Box 14463
Des Moines, IA 50306


GCTC Holdings LLC
9903 Gulf Coast Main St
Ste 120
Fort Myers, FL 33913


GFS
PO Box 88029
Chicago, IL 60680


Gold Coast
PO Box 743259
Atlanta, GA 30374


Good Stuff / Basic Fun
2216 1801 W Olympic Blvd.
Pasadena, CA 91199


HealtheChoices, Inc.
3225 S. MacDill Ave
Ste 129-383
Tampa, FL 33629


Helget Gas
PO Box 24246
Omaha, NE 68124


Humana
PO Box 4615
Carol Stream, IL 60197


Imperial Dade
PO Box 593829
Orlando, FL 32859


Imperial Dade
PO Box 523666
Miami, FL 33152
```

Innovative Concepts in Entertainment Inc
10123 Main Street
Clarence, NY 14031


Intercard Inc.
884 Lackland Hill Pkwy
Ste 1
St. Louis, MO 63146


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JJ Taylor Distributing
2040 Park 82 Drive
Fort Myers, FL 33905


Laz Florida Parking
PO Box 865036
Orlando, FL 32886


Live Oak Banking Company
1741 Tiburon Dr
Wilmington, NC 28403


Miami-Dade County Tax Collector
Paralegal Unit
140 W Flagler St, 14 FL
Miami, FL 33130


MV Rolling Oaks Retail LLC
Bank OZK Lockbox Acct
8300 Douglas Ave
Ste 810
Dallas, TX 75225


National Exemption Service
PO Box 9020
Clearwater, FL 33758


Oakes Farm
4206 Mercantile Ave
Naples, FL 34104

Pepin Distributing
4121 N. 50th Street
Tampa, FL 33610


Play It! Amusements
870 Lively Blvd
Wood Dale, IL 60191


Premier/Breakthru
6031 Madison Avenue
Tampa, FL 33619


Republic National
9423 N. Main Street
Jacksonville, FL 32218


Republic National
4901 Savarese Circle N.
Tampa, FL 33634


Republic National
441 S.W 12TH AVE
Deerfield Beach, FL 33442


Rhode Island Novelty
PO Box 9278
Fall River, MA 02720


RWS Facility Services
PO Box 740209
Atlanta, GA 30374


S.R. Perrott, Inc.
PO Box 836
Ormond Beach, FL 32175


Schuster Products, LLC
10555 W. Parnell Ave
Ste 1
Hales Corner, WI 53130


Semnox
11498 Luna Road
Ste 200
Farmers Branch, TX 75234

Southern Glazer's
PO Box 884921
Orlando, FL 32886

Spectrum Business
PO Box 7195
Pasadena, CA 91109

Spectrum Business
PO Box 790450
St. Louis, MO 63179

State Farm Insurance
PO Box 588002
North Metro, GA 30029

Suncoast Beverage
4747 Progress Ave
Naples, FL 34104

Sunset Opportunities B2 LLC
c/o David W. Black, Esq.
Frank, Weinberg & Black, P.L.
7805 SW 6 Court
Fort Lauderdale, FL 33324

TASC
PO Box 88278
Milwaukee, WI 53288

Teco Electric
PO Box 31318
Tampa, FL 33631

Teco People Gas
PO Box 31318
Tampa, FL 33631

Thyssenkrupp Elevator Corp
PO Box 3796
Carol Stream, IL 60132

Tiger
Department 2192
Tulsa, OK 74182

Todd's Tomatoes
2350 N Beardall Ave
Sanford, FL 32771


U.S. Bank
PO 790179
Saint Louis, MO 63179


U.S. Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


Universal Environmental Consulting,Inc.
PO Box 346 Carle Place
Carle Place, NY 11514


Wells Fargo Bank
PO Box 168048
Irving, TX 75016


West Oaks Mall FL LLC
9101 Alta Drive, Suite 1801
Las Vegas, FL 89145


Kelley Abecassis
5000 Oaks Rd
Unit H
Davie, FL 33314


Michael Abecassis
5000 Oaks Rd
Unit H
Davie, FL 33314