UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                Chapter 11

A&E ADVENTURES LLC,[1]              Case No. 21-19272-LMI

      Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, A&E Adventures LLC ("**GameTime**" or the "**Debtor**"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information represents the Debtor's best estimate in response to some of the ensuing questions.

1.      Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): September 24, 2021.

2.      Names, case numbers and dates of filing of related debtor: None.

3.      Description of the Debtor's business: The Debtor, operating as GameTime, is a family entertainment destination with fun indoor amusements offering a full-service dining experience and full liquor sports bar in Miami, Fort Myers, Daytona, Ocoee, Tampa and Kissimmee where customers can play over 100 interactive games in the Mega Arcade. Customers can enjoy a delicious lunch or dinner and watch any game on over 60 HDTV's. GameTime can also host large gatherings with full banquet services.

---

[1] The Debtor's current mailing address is 5000 Oaks Rd, Unit H, Davie, FL 33314.  The Debtor's EIN is 43-2110385.

1

4. Locations of the Debtor's operations and whether the business premises are leased or owned: All business premises (including store locations) are leased. The Debtor owns no real property. The following is a list of leased locations:

    a) Clearwater - 27001 US Hwy 19 N, Clearwater, FL 33761
    b) Daytona - 250 Daytona Blvd., Daytona Beach, FL 32114
    c) Fort Myers - 10037 Gulf Center Drive, Ft. Myers, FL 33913
    d) Kissimmee - 3241 Margaritaville Blvd., Kissimmee, FL 34747
    e) Miami – 5701 Sunset Dr. South Miami, FL. 33143
    f) Ocoee - 9441 W Colonial Dr., Ocoee, FL 34761
    g) Plantation - 8000 W Broward Blvd #100, Plantation, FL 33388
    h) Tampa - 1600 East 8th Ave., Tampa, FL 33605; and
    i) Office (HQ) – 5000 Oakes Rd., Unit H, Davie, FL. 33314

5. Reasons for filing chapter 11: The Debtor operates six GameTime locations in Florida. An additional two locations are under development. In connection with the COVID-19 pandemic, the Debtor's sales declined during the 12-months following the government mandated shutdown for COVID-19 by approximately 62% compared to the 12-month period prior to the shutdown. Though sales have improved over 2020, there is no assurance that sales will continue to improve, as the duration and severity of the COVID-19 pandemic and its effects remain uncertain. Adequate staffing has also proven difficult. As a result of the decreased sales, the Debtor began lease modification negotiations with its landlords. While these lease negotiations have been ongoing, they have not been concluded, and it is the Debtor's business judgment that negotiations will be more productive in the context of the Debtor's reorganization. Relatedly, the Debtor has accrued unpaid rent obligations of approximately $3,300,000, thus necessitating bankruptcy in order to reject certain leases if necessary and restructure the Debtor's corresponding debt.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: There is only one officer: Michael Abecassis,

Managing Member. Mr. Abecassis does not receive a salary. The Debtor pays Mr. Abecassis' health insurance family coverage, a $1,702.19 monthly benefit.

7. Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    a) Gross income to date 2021 is estimated at $12 million; and

    b) Gross income for the calendar year 2020 is estimated at $7 million.

8. Amounts owed to various creditors:

    a) Obligations owed for priority taxes: Approximately $1,386.30 in sales tax to Miami-Dade County.

    b) With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claim: Live Oak Banking Company ("**Secured Lender**") and the U.S. Small Business Administration ("**SBA**") have a blanket lien on the Debtor's collateral valued at approximately $29,850,000.00. Secured Lender is owed approximately $8,439,351.28 plus interest, and the SBA is owed approximately $500,000.00 plus interest.

    c) Amount of unsecured claims: approximately $7 million, including rents, and approximately $3,118,901.15 due and owing to Live Oak Banking Company pursuant to an unsecured term loan and an unsecured SBA PPP loan serviced by the Secured Lender.

9. General description and approximate value of the debtor's assets:

    a) Cash on hand and on deposit in bank accounts: approximately $4 million;

    b) Retail inventory (estimated as of 9/24/2021): $350,000;

    c) Various furniture, fixtures, equipment, vehicles, and supplies, valued at approximately $6 million, subject to appraisal;

   d)  Leasehold improvements valued at $18 million; and

   e)  Deposits held in Trust/Court Registry valued at $1,500,179.60.

  10.  List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: *see* Schedule of Insurance Policies attached as **Exhibit A**.

  11.  Number of employees and amounts of wages owed as of petition date: As of the Petition Date, the Debtor employs a total of 232 employees, of which 64 are full time and 168 are part time, who are owed an aggregate of approximately $230,000.00 of net wages and resulting taxes prepetition.

  12.  Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtor (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): the Debtor's payroll and sales taxes obligations are paid through their respective due dates. There may be some taxes due for the period from the last due date to the Petition Date which are unknown at this time.

  13.  Anticipated emergency relief to be requested within a few days (First Day Motions):

   a)  Debtor's Emergency Motion for Authorization to Pay Certain Prepetition Employee Obligations and Maintain and Continue Employee Benefits and Programs [ECF No. 6];

   b)  Emergency Motion of the Debtor for Interim and Final Orders (I) Authorizing Debtor to Utilize Cash Collateral Effective as of September 24, 2021 (II) Granting Adequate Protection and (III) Scheduling Final Hearing [ECF No. 12];

      c)      Debtor's Emergency Motion Pursuant to Sections 105(a), 363(b), and 503(b)(1) of the Bankruptcy Code for Authorization to Honor Certain Prepetition Customer Programs ECF No. 7];

      d)      Debtor's Emergency Motion to Treat American Express as a Critical Vendor and Authorizing Payment of Prepetition Claim [ECF No. 13]; and

      e)      Application of the Debtor for an Order, on an Interim Basis, Authorizing the Employment and Retention of Meland Budwick, P.A. as Attorneys for the Debtor and Debtor-In-Possession Effective as of the Petition Date [ECF No. 5].

Dated: September 28, 2021.

                              s/ James C. Moon
                              James C. Moon, Esquire
                              Florida Bar No. 938211
                              jmoon@melandbudwick.com
                              Meaghan E. Murphy, Esquire
                              Florida Bar No. 102770
                              mmurphy@melandbudwick.com
                              MELAND BUDWICK, P.A.
                              3200 Southeast Financial Center
                              200 South Biscayne Boulevard
                              Miami, Florida  33131
                              Telephone: (305) 358-6363
                              Telecopy: (305) 358-1221

                              *Proposed Attorneys for Debtor*

| Named Insured | Type of Insurance | Insurance Carrier | Policy Number | Policy coverages and limits of liability | Term | |
|---|---|---|---|---|---|---|
| A&E Adventures LLC. | Vehicle | StateFarm | J35 1142-D23-59A | | 10/23/2021 | Ford Transit |
| A&E Adventures LLC. | Vehicle | StateFarm | 776 8785-D02-59F | | 10/2/2021 | Hyundai Santa Fe |
| A&E Adventures LLC. | Vehicle | StateFarm | D17 0482-C26-59C | | 3/26/2022 | Hyundai Sanata |
| A&E Adventures LLC. | Vehicle | StateFarm | D89 0561-C06-59B | | 3/6/2022 | Hyundai Elantra |
| A&E Adventures LLC. | Vehicle | StateFarm | 346 9921-B20-59I | | 2/20/2022 | Model Y |
| A&E Adventures LLC. | Vehicle | StateFarm | 640 5098-D23-59E | | 10/23/2021 | Model 3 |
| A&E Adventures LLC. | Vehicle | StateFarm | G88 8473-E26-59 | | 11/26/2021 | Model 3 |
| A&E Adventures LLC. | Workers Comp | AmTrust Noth America | TWC3943660 | | 12/31/2021 | |
| A&E Adventures LLC. | General Liability | McGowan Allied Speciality Insurance / Everest National Insurance Company | SI8GL01644211 | $ 1,000,000.00 | 5/30/2022 | |
| A&E Adventures LLC. | Excess Liability | McGowan Allied Speciality Insurance / Everest National Insurance Company | SI8EX013558211 | $ 5,000,000.00 | 5/30/2022 | |
| A&E Adventures LLC. | Property Insurance | Lloyds of London | W2FCE1210101 | By venue | 7/29/2022 | |
| A&E Adventures LLC. | Flood Insurance | Hartford Fire Insurance Company | 87061155522019 | Only Daytona | 8/27/2022 | |

EXHIBIT A