

**ORDERED in the Southern District of Florida on February 10, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

A&E ADVENTURES LLC,                    Case No. 21-19272-LMI

    Debtor.
_____/

**ORDER SUSTAINING A&E ADVENTURES LLC'S OBJECTIONS TO CLAIMS OF GORDON FOOD SERVICE, INC. (POC 6-2), SCHEDULED CLAIMS OF GFS, AND DENYING INTERNAL REVENUE SERVICE (POC 5-2)**

**THIS MATTER,** having been considered without hearing upon A&E Adventures LLC's Objections to Claims of Gordon Food Service, Inc. (POC 6-2), Scheduled Claims of GFS, and Internal Revenue Service (POC 5-2) [ECF No. 85] (the "**Objections**"), and the objector by submitting this Order having represented that the Objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the Objections, and that the relief

1

to be granted in this Order is the identical relief requested in the Objections, and this Court having considered the basis for the Objections to the claims, it is

**ORDERED** as follows:

1. The Objections are sustained in part and overruled in part.

2. Proof of Claim No. 6-2, filed by Gordon Food Service, Inc., is reclassified and allowed as a general unsecured claim in the amount of $11,231.60.

3. The Scheduled Claims of GFS in the respective amounts of $2,661.55, $2,875.40 and $2,711.97 are disallowed in their entirety.

4. Proof of Claim No. 5-2, filed by the Internal Revenue Service, is DENIED WITHOUT PREJUDICE with leave to re-serve the claimant according to Rule 7004, within fourteen (14) days from the date of this order. See Fed.R.Bankr.P. 3007(2)(A).

5. The Court retains jurisdiction over this matter to enforce the terms and provisions of this Order.

###

**Copy to:**
James C. Moon, Esquire

James C. Moon, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.